# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 06-80090 |
| | Chapter 13 |
| HENRY O. NEWBURN, JR. and | |
| INDYIA B. NEWBURN, | |
| Debtors. | |
| HENRY O. NEWBURN, JR. | |
| | Adv. Pro. 06-8015 |
| Plaintiff, | |
| v. | |
| LINDA S. NEWBURN, | |
| Defendant. | |

## MEMORANDUM DECISION

This Adversary Proceeding came before the Court for telephonic hearing on February 6, 2007, on the Defendant's Motion to Amend Judgment. (Doc. 25). Defendant Linda Newburn was present by counsel Marion E. Wynne, and Plaintiff Henry Newburn, Jr., was present by counsel Charles M. Ingrum, Jr. The Defendant seeks to amend the judgment of this Court previously entered on December 11, 2006. (Doc. 23).

The parties have agreed that Defendant Linda Newburn has two claims. First, Linda Newburn has a claim entitled to priority pursuant to 11 U.S.C. § 507(a)(1), in the amount of $36,000.00, which is to be paid at a rate of $600.00 per month. Second, Linda Newburn has an unsecured claim without priority in the amount of $200,000.00. Judgment will be entered by way of a separate document accordingly.

Done this the 7th day of February, 2007.

/s/ William R. Sawyer
United States Bankruptcy Judge